JOHN H. SCHERMERHORN, as Administrator, etc., of FANNIE POTTS HAWLEY, Deceased, and FLORENCE HAWLEY DICKSON, Appellants, v. WILLIAM P. HAWLEY,

Individually and as Executor and Trustee, etc., of Samuel Hawley, Deceased, and Others, Respondents, and Marie Natalie Davis, as Executrix, etc., of Frank H. Davis, Deceased, Defendant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.